IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENISON COE,

    Plaintiff,

v.

LOWE'S HOME CENTERS,

    Defendant.

CASE NO. CV-F-07-1024-LJO-GSA

**ORDER AFTER SETTLEMENT**

The parties have informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than October 22, 2008.**

**All court dates** and any pending motions set in this matter, including the September 30, 2008 jury trial, are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:**   September 24, 2008          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE