# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISON COE, | CASE NO. CV F 07-1024 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | |
| LOWE'S HOME CENTERS, INC., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action with prejudice;
2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  October 7, 2008                         /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1